UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 1 2 2002

| | |
|---|---|
| TRUSTEES OF THE WASHINGTON AREA CARPENTERS' PENSION AND RETIREMENT FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM ECKENBARGER t/a ECKENBARGER ENTERPRISES, <br><br> and <br><br> WILLIAM ECKENBARGER, <br><br> and <br><br> ECKENBARGER ENTERPRISES, <br><br> Defendants. | CIVIL ACTION NO.: JFM02-1250 |

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on _SEPTEMBER 13_, 2002 as to the Defendants William Eckenbarger t/a Eckenbarger Enterprise, William Eckenbarger and Eckenbarger Enterprises for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendants were properly served on June 19, 2002; therefore, it is this _16_ day of _SEPTEMBER_, 2002 by the United States District Court for the District of Maryland,

**ORDERED** and **ADJUDGED** that judgment by default be and the same is entered in favor of Plaintiffs Trustees of the Washington Area Carpenters' Pension and Retirement Fund; Washington Area Carpenters Welfare Fund, Joint Carpentry Apprenticeship Committee of Washington DC and Vicinity, and the Industry Promotions Trust Fund and Coalition for Fair Contracting, U.B.C. Health & Safety Fund and the Mid Atlantic Regional Council of Carpenters against Defendants

William Eckenbarger t/a Eckenbarger Enterprise, William Eckenbarger and Eckenbarger Enterprises for the total sum of $53,739.39 which consists of $44,818.83 in contributions pursuant to an audit of Defendants' records covering the period of October 2000 through March 2001, $4,778.80 in liquidated damages, plus interest in the amount of $3,049.22 at a rate of 12% per annum from the date due through date of payment or September 20, 2002 and continuing through the date of payment, costs in the amount of $251.29 and attorneys' fees in the amount of $841.25.

J. Frederick Motz, Judge
UNITED STATES DISTRICT COURT

cc: Joyce A. Mader, Esq.
John R. Harney, Esq.
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC  20016

William Eckenbarger t/a Eckenbarger
   Enterprises
4401 Poole Road
Finksburg, MD  21048

William Eckenbarger
4401 Poole Road
Finksburg, MD  21048

Eckenbarger Enterprises
4401 Poole Road
Finksburg, MD  21048