## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE WASHINGTON AREA CARPENTERS PENSION AND RETIREMENT FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. JFM02cv1250 ) |
| WILLIAM ECKENBARGER t/a ECKENBARGER ENTERPRISES, WILLIAM ECKENBARGER, and ECKENBARGER ENTERPRISES, | ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FARMERS & MECHANICS BANK, | ) ) |
| Garnishee. | ) ) ) |

## **LINE OF RELEASE**

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Farmers & Mechanics Bank in the instant case.

Garnishee has filed an answer to the garnishment dated August 25, 2004 indicating "no assets of any Defendant held".

Respectfully Submitted,
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041


____/s/_____
John R. Harney
MD Bar No. 006572

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| TRUSTEES OF THE WASHINGTON AREA CARPENTERS PENSION AND RETIREMENT FUND, et al., <br>    Plaintiffs, <br><br>vs. <br><br>WILLIAM ECKENBARGER t/a ECKENBARGER ENTERPRISES, WILLIAM ECKENBARGER, and ECKENBARGER ENTERPRISES, <br><br>    Defendants, <br><br>    and <br><br>FARMERS & MECHANICS BANK, <br><br>    Garnishee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. JFM02cv1250 <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2004, a copy of the Line of Release against Garnishee Farmers & Mechanics Bank and the Certificate of Service, which were filed electronically on September 27, 2004, and the Notice of Electronic Filing, have been sent by first-class mail, postage prepaid, to:

      Bernice Bryan
      P. O. Box 23933
      Baltimore, MD  21203
      For Framers & Mechanics Bank

      William Eckenbarger t/a Eckenbarger
        Enterprises
      4401 Poole Road
      Finksburg, MD  21048

      William Eckenbarger
      4401 Poole Road
      Finksburg, MD  21048

      Eckenbarger Enterprises
      4401 Poole Road
      Finksburg, MD  21048

                              _____/s/_____
                                John R. Harney