IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE WASHINGTON AREA
CARPENTERS PENSION AND RETIREMENT
FUND, et al.,

    Plaintiffs,

Civil Action No JFM02cv1250

WILLIAM ECKENBARGER t/a
ECKENBARGER ENTERPRISES,
WILLIAM ECKENBARGER, and
ECKENBARGER ENTERPRISES,

    Defendants,

FARMERS & MECHANICS BANK,

    Garnishee

### LINE OF RELEASE

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Farmers & Mechanics Bank in the instant case.

Garnishee has filed an answer to the garnishment dated August 25, 2004 indicating "no assets of any Defendant held"

Respectfully Submitted,
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041

/S/
John R. Harney
MD Bar No. 006572

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE WASHINGTON AREA
CARPENTERS PENSION AND RETIREMENT
FUND, et al.,
    Plaintiffs,

) Civil Action No. JFM02cv1250

WILLIAM ECKENBARGER t/a
ECKENBARGER ENTERPRISES,    )
WILLIAM ECKENBARGER, and
ECKENBARGER ENTERPRISES,

    Defendants


FARMERS & MECHANICS BANK,

    Garnishee

_____)

**CERTIFICATE OF SERVICE**

    hereby certify that on September 27, 2004, a copy of the Line of Release against Garnishee Farmers & Mechanics Bank and the Certificate of Service, which were filed electronically on September 27, 2004, and the Notice of Electronic Filing, have been sent by first-class mail, postage prepaid, to

    Bernice Bryan
    P. O. Box 23933
    Baltimore, MD  21203
    For Framers & Mechanics Bank

    William Eckenbarger t/a Eckenbarger
      Enterprises
    4401 Poole Road
    Finksburg, MD  21048

    William Eckenbarger
    4401 Poole Road
    Finksburg, MD  21048

    Eckenbarger Enterprises
    4401 Poole Road
    Finksburg, MD  21048

                      _____/s/_____
                        John R. Harney